UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-80990-SMITH

HOWARD COHAN,

    Plaintiff,

v.

PHOENIX OF DEERFIELD, INC., *et al*,

    Defendants.
_____/

## **FINAL ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice (ECF No. 19). The Court having considered the Stipulation and being otherwise duly informed therein, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation (ECF No. 19) is **APPROVED**.

2. The above-styled case is **DISMISSED WITH PREJUDICE**.

3. Each party shall bear its own costs and attorney's fees.

4. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED AS MOOT** and all deadlines are **TERMINATED**.

5. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 18th day of October, 2019.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE